United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 13-15572-jkf
Jean Marie Nania                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR             Page 1 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db         +Jean Marie Nania,    928 Edmonds Avenue,    Drexel Hill, PA 19026-2624
cr         +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
             610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13085706   +Amanda L. Pombo,    127 South Clifton Avenue,    Wilmington, DE 19805-2306
13449921   +BAYVIEW LOAN SERVICING, LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13085707   +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13085709   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
            (address filed with court:   Ford Motor Credit,    National Bankruptcy Service Center,
             PO BOX 6275,   Dearborn, MI 48121)
13179888   +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:11     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:50
             Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13106757    E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13085708   +E-mail/Text: mrdiscen@discover.com Sep 17 2016 02:06:53     Discover Fin Svcs Llc,
             PO Box 15316,   Wilmington, DE 19850-5316
13085710   +E-mail/Text: joep@fmfcu.org Sep 17 2016 02:07:22     Franklin Mint Fcu Il,
             1974 Sproul Rd Ste 300,    Broomall, PA 19008-3490
13262182    E-mail/Text: camanagement@mtb.com Sep 17 2016 02:07:16     M&T BANK,    PO BOX 840,
             BUFFALO, NY 14240-0840
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13092704*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:   Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
              Detroit  MI  48255-0953)
13092697*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:   Ford Motor Credit Company LLC,    P O Box 6275,
              Dearborn, MI  48121)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          D. TROY SELLARS    on behalf of Creditor    M&T BANK D.Troy.Sellars@usdoj.gov
          D. TROY SELLARS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           D.Troy.Sellars@usdoj.gov
          DAVID R. BLACK    on behalf of Debtor Jean Marie  Nania dblack@bswlegal.com,  mgenthert@lawbsc.com

```
District/off: 0313-2          User: DonnaR             Page 2 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        HOWARD   GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JOSEPH ANGEO DESSOYE    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
        STANLEY E. LUONGO, JR.    on behalf of Debtor Jean Marie  Nania stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jean Marie Nania
        Debtor(s)

Bankruptcy No: 13−15572−jkf
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/16/16

64 − 63
Form 138_new