United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-15572-jkf
Jean Marie Nania                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 1              Date Rcvd: Oct 28, 2016
                           Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db              +Jean Marie Nania,    928 Edmonds Avenue,    Drexel Hill, PA 19026-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        D. TROY SELLARS    on behalf of Creditor    M&T BANK D.Troy.Sellars@usdoj.gov
        D. TROY SELLARS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        D.Troy.Sellars@usdoj.gov
        DAVID R. BLACK    on behalf of Debtor Jean Marie  Nania dblack@bswlegal.com,  mgenthert@lawbsc.com
        HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
        hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
        STANLEY E. LUONGO, JR.    on behalf of Debtor Jean Marie  Nania stan.luongo@luongobellwoar.com,
        nicole.werner@luongobellwoar.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13


Jean Marie Nania                                          : Case No. 13−15572−jkf
       Debtor(s)


### *ORDER*

_____


AND NOW, this day , October 28, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court


Jean K. FitzSimon
Judge , United States Bankruptcy Court